AO 245I   (Rev. 09/11)        Judgment in a Criminal Case for a Petty Offense

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Judgment in a Criminal Case** |
| | (For a Petty Offense) |
| v. | |
| | Case No.  12-po-30001 |
| MICHAEL BENJAMIN PETERSON | USM No.  47371-039 |
| _____ / | |
| | Defendant's Attorney: Philip R. Sturtz |

**THE DEFENDANT** pleaded guilty to Count 1 of an Information.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 113(a)(5) | Simple Assault | June 21, 2012 | 1 |

The Defendant is sentenced as provided in pages 2 through 4 of this Judgment.

     **IT IS ORDERED** that the Defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the Defendant must notify the Court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: June 26, 2012

                                                               s/ *Charles E. Binder*
                                                    CHARLES E. BINDER
Dated: June 28, 2012                            United States Magistrate Judge

Last Four Digits of Defendant's Soc. Sec. No.: 0077
Defendant's Year of Birth: 1993
City and State of Defendant's Residence: Mt. Pleasant, MI

AO 245I   (Rev. 09/11)   Judgment in a Criminal Case for a Petty Offense

Judgment  Page 2 of 4

DEFENDANT: Michael Benjamin Peterson
CASE NUMBER: 12-po-30001

## CRIMINAL MONETARY PENALTIES

The Defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $25.00 | 0 | 0 |

Payment of the special assessment is due immediately.

Due to his economic situation, the fine is **waived**.

AO 245I (Rev. 09/11)  Judgment in a Criminal Case for a Petty Offense

Judgment Page 3 of 4

DEFENDANT: Michael Benjamin Peterson
CASE NUMBER: 12-po-30001

## PROBATION

The Defendant is hereby sentenced to probation for a term of **one (1) year**:

The Defendant shall not commit another federal, state, or local crime.

The Defendant shall not unlawfully possess a controlled substance. The Defendant shall refrain from any unlawful use of a controlled substance.

The Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

The Defendant must comply with the standard conditions that have been adopted by this Court, as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The Defendant shall not leave the judicial district without the permission of the Court or probation officer.
2. The Defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.
3. The Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4. The Defendant shall support his or her dependents and meet other family responsibilities.
5. The Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. The Defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7. The Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.
8. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9. The Defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.
10. The Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.
11. The Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12. The Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13 As directed by the probation officer, the Defendant shall notify third parties of risks that may be occasioned by the Defendant's criminal record, personal history, or characteristics, and shall permit the probation officer to make such notifications and confirm the Defendant's compliance with such notification requirement.

AO 245I   (Rev. 09/11)      Judgment in a Criminal Case for a Petty Offense

Judgment Page 4  of 4

DEFENDANT: Michael Benjamin Peterson
CASE NUMBER: 12-po-30001

## SPECIAL CONDITIONS OF SUPERVISION

The Defendant shall participate in any type of mental health counseling, including anger management, if deemed necessary by the supervising probation officer.

The Defendant shall not engage in any threatening behavior of any type.

The Defendant shall begin the process of obtaining his GED or high school diploma while on probation.